UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUISE AND PHILLIP TAYLOR,

                      Plaintiffs,

-against-                                  19 **CIVIL** 6830 (VM)

## JUDGMENT

NEW YORK LIFE INSURANCE COMPANY
AND NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 9, 2021, that the motion so deemed by the Court as filed by defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation to dismiss the Complaint of plaintiffs Louise and Phillip Taylor pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED and the Complaint is dismissed without prejudice.

**Dated:**  New York, New York

        February 10, 2021

                                                                   **RUBY J. KRAJICK**

                                                                   Clerk of Court

                                  BY:

                                                                   **Deputy Clerk**